JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| ERIC ALFRED BARK, | ) | No. ED CV 18-2419-CJC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| PATTON STATE HOSPITAL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice as to petitioner's claims in Ground One that he is in custody without an indictment or conviction, and as to his claim in Ground Two that he is without counsel; and without prejudice as to petitioner's claim in Ground Two regarding his <u>Marsden</u> motion, as well as any challenge to the conditions of his confinement.

DATED: October 29, 2019

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE